General Complaint

CLERK, U.S. RECEIVED FEB -5 2018 EASTERN DIST. OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Dedrick A. Ervin

DeAndre Ware

6:18CV56 RWS/JDL

Case Number: No. 09-11-00271-CR
TRIALS No. 21196/21438

List the full name of each plaintiff in this action.

VS.

Polk, County, Texas

In the 411th District

Courts

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. **Court - Appointed Counsel**
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

N/A

C. Results of the conference with counsel:

_N/A_

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _X_ Yes   _✗_ No
   DATE

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _January 25, 2012_

2. Parties to previous lawsuit(s):

   Plaintiff _Dedrick A. Ervin_

   Defendant _The STATE OF TEXAS / Polk County, Texas_

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   _NINTH DISTRICT of TEXAS at BEAUMONT_

4. Docket number in other court. _9:13-cv-00121-RC-KFG_
   _1:13-cv-00351-MAC-KFG_

5. Name of judge to whom the case was assigned. _Judge_
   _Judge Keith F. Giblin / Marcia A. Crone / Judge Ron Clark_

6. Disposition: Was the case dismissed, appealed or still pending?

   _DISMISSED_

7. Approximate date of disposition. _09/30/2013_

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 DEDRICK ANDRE ERVIN - 10852 CR. 1282 BULLARD, TX 75757

Pla #2 DeAndre Trejion WARE - 104 SECOND STREET ROSENBERG, TX 77471

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: POLK COUNTY DISTRICT COURT, LIVINGSTON, TX 77351 IN the 411th COURTS.

Dft #2: ALABAMA - COUSHATTA INDIAN D.A.E RESERVATION, LIVINGSTON, TX 77351, HWY 190 E.

Dft #3 TEXAS DEPARTMENT OF PUBLIC SAFETY, LIVINGSTON, TX 77351, 1733 N. WASHINGTON

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

A few facts, in these cases, was for one the error in the way trial was done by Judge "document says I waived rights; I never signed any documents. And without being defended by proper counsel; Cecil E. Berg refused my plea to jury trial and didn't receive due process of law to wit' the D.W.I, was never brought before any courts. I was under duress, the whole time of court, having been physically abused, kept me unaware of my position, and state of mind. This is an attempt to cover-up the physical abuse by arresting officials, when I was admitted to hospital. Another claim for relief for the mental anguish that my family has endured, and still going through from this ordeal! The trauma that my 'son' DeAndre Ware, suffered at the scene of incident, the beating, and the supposedly crash, we have all experience nightmares, and I pray that my baby past experience will not recall screams of terror in his voice. One last claim thats insufficient in this case is me constantly requesting, video and audio tapes of such accusation in this 'plea' for justice, is incorrect.

V.   Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

There has not been shown any documentation that any law had been violated, therefore the trial by Judge that alloted me (6)years was to severe, because the actual court was never proven grounds to enhance such punishment. I'm claiming insufficency in the document with case NO: 21438, requesting that in the 'trial' that was imposed upon me without consent, in duress. was incorrect, and violated.

Signed this __01__ day of __FEBRUARY__, 20 __18__.
                                    (Month)                      (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __February 01, 2018__
                    Date

_Mr. Dedrick A. Ervin_

Signature of each plaintiff

NAME: DEDRICK A. ERWIN
ID: 2172924
Joe F. Gurney Unit
1385 FM. 3328
Palestine, Texas 75803

United States District Court
Eastern District of Texas
211 West Ferguson Street
Tyler, Texas 75702

